

FILED

09/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0609

_____

ARIANE WITTMAN and JEREMY TAYLEN,

Plaintiffs and Appellants,

v.

CITY OF BILLINGS,

Defendant and Appellee.

_____

FILED

SEP 01 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to our Order of July 28, 2021, this cause was classified for oral argument on Friday, September 10, 2021, at 9:30 a.m. at the Holiday Inn Missoula Downtown, Missoula, Montana. Due to unforeseen circumstances regarding the COVID-19 virus, the venue for the oral argument has been changed.

IT IS ORDERED that the oral argument will be conducted entirely by visual and audio communication devices on Zoom. All counsel, as well as every member of the Court, will appear via Zoom. Argument will begin at 9:30 a.m. with an introduction to the argument at 9:00 a.m. The argument will be live-streamed and can be accessed through the Court's website at http://stream.vision.net/MT-JUD/ as well as through the State Bar of Montana website.

The Clerk is directed to provide a copy hereof to all counsel of record, to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director, State Bar of Montana, and to the Honorable Michael G. Moses, District Judge.

DATED this 1st day of September, 2021.

For the Court,

By _____
Chief Justice